## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JANE DOE #1, *et al.*, | Case No.: 3:25-cv-00317 |
| *Plaintiffs*, | **[PROPOSED] PROTECTIVE ORDER** |
| v. | |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, | |
| *Defendants*. | |

## [PROPOSED] PROTECTIVE ORDER

Upon consideration of **Plaintiffs' Motion for a Protective Order,** and the entire record herein, IT IS ORDERED that the motion is GRANTED.

IT IS HEREBY ORDERED THAT:

1. Any materials filed with the Court that contain Plaintiff's name or any identifying information must be redacted and/or filed under seal.

2. Defendants' counsel may not share any information about Plaintiffs' identity beyond what is reasonably necessary for the litigation and to comply with this court's orders;

3. The parties are prohibited from using the protected information for any purpose outside of this litigation;

4. The parties are prohibited from disclosing the identity of plaintiff for purposes of detention or removal for the pendency of this litigation or until further order of the court;

5. Defendants are enjoined from detaining Plaintiff during the pendency of this litigation or until further order of this Court.

SO ORDERED this _____ day of _____, 2025.

_____
HON. JUDGE WILLIAM CONLEY
U.S. District Judge
Western District of Wisconsin