IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JANE DOE #1 and
JOHN DOE #2,

               Plaintiffs,         PRELIMINARY INJUNCTION

  v.

                                           25-cv 317-wmc

KRISTI NOEM, in her official capacity as
Secretary of the Department of Homeland Security,
the U.S. DEPARTMENT OF HOMELAND SECURITY, and
TODD LYONS, in his official capacity as Acting
Director of U.S. Immigration and Customs
Enforcement,

               Defendants.

---

      Consistent with the court's opinion and order dated today, IT IS ORDERED that defendants are ENJOINED from:

      (1) terminating plaintiff Jane Doe #1 and John Doe #2's F-1 student status records from the Student and Exchange Visitor Information System ("SEVIS") without further showing and approval by this court; and

      (2) directly or indirectly enforcing, implementing, or otherwise taking any action or imposing any legal consequences as the result of a decision to terminate either plaintiff's SEVIS records.

      Entered this 2nd day of June, 2025.

                                              BY THE COURT:

                                              /s/

                                              _____

                                              WILLIAM M. CONLEY
                                              District Judge