IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JANE DOE #1 and
JOHN DOE #2,

      Plaintiffs,

v.　　　　　　　　　　　　　　　　　　Case No. 25-cv-317-wmc

KRISTI NOEM, in her official capacity as
Secretary of Homeland Security; *et al*,

      Defendants.

### DEFENDANTS' BRIEF IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)1

Defendants hereby move for dismissal of the Complaint pursuant to Fed. R. Civ. P. 12(b)(1) because this Court lacks subject matter jurisdiction over this action.

This motion is based on the record and the accompanying declarations and Defendants' Memorandum in Support of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1).

For the reasons set forth therein, Defendants respectfully requests that the Court dismiss Plaintiffs' claims with prejudice.

1

Dated July 31, 2025.

        Respectfully submitted,

        CHADWICK M. ELGERSMA
        Acting United States Attorney

        By:

        */s/Barbara L. Oswald*

        BARBARA L. OSWALD
        Assistant United States Attorney
        222 West Washington Ave., Suite 700
        Madison, Wisconsin 53703
        (608) 264-5158
        barbara.oswald@usdoj.gov

        Attorneys for Defendants

**CERTIFICATE OF SERVICE**

  I certify that on May 1, 2025, electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

SangYeob Kim
Chelsea Eddy
Gilles R. Bissonnette
American Civil Liberties Union of New Hampshire
18 Low Ave
Concord, NH 03301
603 224-5591
SangYeob@aclu-nh.org
chelsea@aclu-nh.org
Gilles@aclu-nh.org

Carol Garvan
Zachary L. Heiden
American Civil Liberties Union Foundation
PO Box 7860
Portland, ME 04112
207-619-8687
cgarvan@aclumaine.org
zheiden@aclumaine.org

Fermin L Arraiza-Navas
American Civil Liberties Union
416 Ponce de Leon Avenue, Suite 1105
San Juan, PR 00918
787-753-8493
arraizanavasfermin@gmail.com

Lynette J. Labinger
Labinger Law Office
128 Dorrance St, Ste Box 710
Providence, RI 02903

401-465-9565
ll@labingerlaw.com

Ronald L. Abramson
Shaheen & Gordon PA
1155 Elm Street, Suite 300
Manchester, NH 03101
603-792-8472
rabramson@shaheengordon.com

                                        *s/ Glenn M. Girdharry*
                                        GLENN M. GIRDHARRY
                                        Assistant Director
                                        United States Department of Justice
                                        Civil Division