UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JANE DOE #1,<br><br>　　　　　Plaintiff<br><br>　　　v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al*,<br><br>　　　　　Defendants. | HON. WILLIAM CONLEY, U.S.D.J.<br><br>Case No. 25-cv-317-wmc<br><br>STIPULATION AND DISMISSAL; [~~PROPOS~~ED] ORDER |

　　　　It is hereby stipulated, by and between the parties, Plaintiff Jane Doe #1 and Federal Defendants the Secretary of the U.S. Department of Homeland Security ("DHS") and Acting Director of U.S. Immigration and Customs Enforcement ("ICE"), by and through their undersigned counsel, as follows:

　　　　1. The Student and Exchange Visitor Information System ("SEVIS") record for Plaintiff in this case has been set back to "active" by the Student and Exchange Visitor Program ("SEVP") within Homeland Security Investigations ("HSI") at ICE. The reactivation of the Plaintiff's SEVIS record is retroactive to the date of its initial termination, April 8, 2025, such that there is no gap or lapse in Plaintiff's SEVIS record. Although the event history within Plaintiff's SEVIS record may memorialize whatever modifications are made to the SEVIS account, the effect of this retroactive activation is as though the termination of Plaintiff's SEVIS record did not happen. Defendant DHS provided a letter to Plaintiff and undersigned counsel explaining that other federal agencies should treat the retroactive activation as though the termination did not happen.

　　　　2. To the extent Plaintiff is participating in Optional Practical Training ("OPT"), or Science, Technology, Engineering and Math ("STEM") OPT, or Curricular Practical Training

("CPT"), any authorization end date for OPT, STEM OPT, or CPT will be reset to the end date set forth in Plaintiff's SEVIS record before its termination.

3. ICE will not re-terminate Plaintiff's SEVIS records based on the National Crime and Information Center ("NCIC") record that led to the initial termination. ICE maintains the authority to terminate a SEVIS record for other reasons, such as if a student fails to maintain their nonimmigrant status after the record is reactivated, or engages in other unlawful activity as defined in 8 C.F.R. 214.1(g).

4. DHS has not received communication from the Department of State that Plaintiff's visa has been revoked with immediate effect. A visa revocation effective upon departure, known as a prudential revocation, as distinct from a visa revocation which is effective immediately, does not establish removability under INA § 237(a)(l)(B).

5. The termination and reactivation of Plaintiff's SEVIS record by SEVP, as set forth in Paragraph 1 of this Stipulation, will not have a negative impact on the adjudication of any benefit request by DHS, including United States Citizenship and Immigration Services ("USCIS"), Customs and Border Protection ("CBP"), and/or Immigration and Customs Enforcement ("ICE"). If, while adjudicating such application or benefit request, DHS finds that an F-1 nonimmigrant's SEVIS record was terminated and then reactivated by ICE, DHS will continue processing the benefit request according to all applicable laws, regulations, policies, and procedures.

6. In the event USCIS issues a request for evidence, notice of intent to deny, or denial based in whole or part on the termination and reactivation of Plaintiff's SEVIS record (as set forth in Paragraph 1 of this Stipulation), counsel for Defendant agrees to cooperate with

Plaintiff's counsel to ensure USCIS is aware of this Stipulation and its terms in connection with its consideration or reconsideration of Plaintiff's benefits request.

7. Federal Defendants shall communicate this Stipulation to the Department of State.

8. Plaintiff shall dismiss this action with prejudice. Each party shall bear its own costs and fees.

|  |  |
|---|---|
|  | CHADWICK M. ELGERSMA<br>Acting United States Attorney |
| By: /s/ *Katherine Melloy Goettel*<br>KATHERINE MELLOY GOETTEL<br>*Counsel for Plaintiff* | By: /s/ *Barbara L. Oswald*<br>BARBARA L. OSWALD<br>Assistant United States Attorney<br><br>*Attorneys for the Federal Defendants* |
| Dated: November 24, 2025 | Dated: November 24, 2025 |

_____
HON. WILLIAM CONLEY, U.S.D.J.
UNITED STATES DISTRICT JUDGE

Dated: 11/24/2025